UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMILIE ARCHULETA,<br><br>      Plaintiff,<br><br>vs.<br><br>CONTEXTLOGIC INC.,<br><br>      Defendant. | Case No: 20-cv-04331 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of the action, see Dkt. 41, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.  All scheduled dates are VACATED.  In the event that the settlement is not realized, any party may move to reopen the case and pretrial/trial dates will be reset, provided such motion is filed within sixty (60) days of the date this order is filed.

The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated:  April 26, 2021

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge